# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Dow, Dennis R. | US Bankruptcy Ct-W Dist MO | 05/13/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US Bankruptcy Judge | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2013 to 12/31/2013 |

**7. Chambers or Office Address**

Charles E Whittaker United States Courthouse
400 E 9th St, Room 6562
Kansas City, MO 64106

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | American Bankruptcy Institute |
| 2. | At-large member of the Board of Governors | National Conference of Bankruptcy Judges |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dow, Dennis R. | 05/13/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME |
|---|---|---|
| | | (yours, not spouse's) |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2013 | Patrick B White DBA Trinity House - Salary reported on Form W-2 |
| 2. 2013 | Trinity Management LLC - Salary reported on Form W-2 |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bankruptcy Institute | February 6, 2013-February 7, 2013 | Miami, FL | Executive Committee Meeting | Transportation, Meals & Lodging |
| 2. | American College of Bankruptcy | March 14, 2013-March 18, 2013 | Washington, DC | Induction Ceremony | Transportation & Lodging |
| 3. | The Missouri Bar | April 4, 2013-April 5, 2013 | Columbia, MO | Annual Bankruptcy Institute | Transportation, Meals & Lodging |
| 4. | National Conference of Bankruptcy Judges | April 8, 2013-April 9, 2013 | Phoenix, AZ | Mid-Year Meeting | Transportation, Meals & Lodging |
| 5. | American Bankruptcy Institute | April 17, 2013-April 21, 2013 | National Harbor, MD | 31st Annual Spring Meeting | Transportation, Meals & Lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Dow, Dennis R. | 05/13/2014 |

| 6. | American Bankruptcy Institute | September 25, 2013-September 29, 2013 | Alexandria, VA | ABI Executive Committee Meeting | Transportation, Meals & Lodging |
|---|---|---|---|---|---|
| 7. | National Conference of Bankruptcy Judges | October 29, 2013-November 2, 2013 | Atlanta, GA | 87th Annual National Conference of Bankruptcy Judges | Transportation, Meals & Lodging |
| 8. | American Bankruptcy Institute | December 4, 2013-December 7, 2013 | Rancho Palos Verdes, CA | 25th Annual Winter Leadership Conference | Transportation, Meals & Lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Dow, Dennis R. | 05/13/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dow, Dennis R. | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Natixis US Multi-Cap Equity A | A | Dividend | K | T | | | | | |
| 2. United Missouri Bank (UMB) Accounts | A | Interest | J | T | | | | | |
| 3. Europacific Growth Fund | A | Dividend | K | T | | | | | |
| 4. The Growth Fund of America A | A | Dividend | J | T | | | | | |
| 5. The New Economy Fund A | A | Dividend | K | T | | | | | |
| 6. Small Cap World Fund A | A | Dividend | J | T | | | | | |
| 7. Davis New York Venture Class A | A | Dividend | J | T | | | | | |
| 8. Templeton Developing Markets Trust Class A | A | Dividend | J | T | | | | | |
| 9. Columbia Seligman Communications & Info Fund A | A | Dividend | K | T | | | | | |
| 10. Rollover IRA #1: | E | Int./Div. | P1 | T | | | | | |
| 11. -Fidelity ADV Energy Fund CL T | | | | | | | | | |
| 12. -American Small Cap World Fund CL A | | | | | | | | | |
| 13. -Citibank Bank Deposit Cash Account | | | | | | | | | |
| 14. -American Mutual Fund Class A | | | | | | | | | |
| 15. -Franklin Small Mid Cap Growth Fund A | | | | | | | | | |
| 16. -Mutual Global Discovery Fund Class A | | | | | | | | | |
| 17. -Templeton Developing Markets Class A | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dow, Dennis R. | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -American Bond Funds of America CL A | | | | | Redeemed | 03/21/13 | L | C | |
| 19. -Buffalo Small Cap Fund | | | | | | | | | |
| 20. -Capital World Growth & Income Fund A | | | | | | | | | |
| 21. -Franklin Income Fund A | | | | | | | | | |
| 22. -Fundamental Investors Fund CL A | | | | | | | | | |
| 23. -Oppenheimer Gold & SP Mineral CL A | | | | | | | | | |
| 24. -Income Fund of America CL A | | | | | | | | | |
| 25. -Growth Fund of America CL A | | | | | Buy | 03/21/13 | L | | |
| 26. Edward Jones IRA | A | Interest | J | T | | | | | |
| 27. The New England Variable Life Insurance Policies: | | | | | | | | | |
| 28. F1 Value Leaders Fund | A | Dividend | J | T | | | | | |
| 29. Lmis Say SmCap Growth | A | Dividend | J | T | | | | | |
| 30. Davis Venture Value Fund | A | Dividend | J | T | | | | | |
| 31. American Funds Growth Fund | A | Dividend | J | T | | | | | |
| 32. American Funds Gro-Inc | A | Dividend | J | T | | | | | |
| 33. MFS Research Intl | A | Dividend | J | T | | | | | |
| 34. MetArt Mid Cap Value | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Lmis Say SmCap Core | A | Dividend | J | T | | | | | |
| 36. MFS Value Portfolio | A | Dividend | J | T | Buy | 01/28/13 | J | | |
| 37. The New England Whole Life Insurance Policies | B | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII. Investments and Trusts: Wells Fargo Adv Gov Sec Fd CL Inv does not appear in this part of the 2013 report because it was fully redeemed in 2012 and properly reported in the 2012 Financial Disclosure Report

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Dennis R. Dow**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544